UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Brian Woodburn</u>

      v.                      Civil No. 06-cv-260-PB

<u>Commissioner, NH Dept. of Corrections, et al</u>


<u>O R D E R</u>


After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 2, 2006.

SO ORDERED.


November 25, 2006                    /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge


cc:    Brian Woodburn, pro se
        Nancy Smith, Esq.